# FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

JUDY F. MADEWELL
FIRST ASSISTANT

CHRISTOPHER J. CARLIN
*ALPINE*
SUPERVISORY ASSISTANT

108 NORTH 10TH STREET
ALPINE, TEXAS 79830-4508

March 5, 2024

TELEPHONE
(432) 837-5598

TOLL FREE
(855) 290-2632

FACSIMILE
(432) 837-9023

SAN ANTONIO
AUSTIN
DEL RIO
EL PASO
MIDLAND
PECOS
WACO

Mr. Lyle W. Cayce
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place, Suite 115
New Orleans, LA 70130

Re: *United States v. Marlo Laron Simien*, No. 23-50870
Request for Extension of Time to File Opening Brief

Dear Mr. Cayce:

    I am requesting a 30-day extension, until April 18, 2024, to file Simien's opening brief. *See* Fed. R. App. P. 26(b); 5th Cir. R. 27.1.1, 31.4. This is the first request for an extension of time, and the government does not oppose this request.

    I have been (or will be) responsible for filing briefs in several other cases in this Court: a motion for summary affirmance and letter brief in *United States v. Nanez-Lopez*, No. 23-50788 (filed February 12); a motion for summary affirmance and letter brief in *United States v. Valtierra-Zuniga*, No. 23-50798 (filed February 14); an *Anders* brief in *United States v. Martinez-Ibarra*, No. 23-50715 (filed February 14); a motion for summary affirmance and letter brief in *United States v. Jimenez-Maria*, No. 23-50883 (filed February 15); an *Anders* brief in *United States v. Harris*, No. 23-50802 (filed March 4); a motion for summary affirmance and letter brief in *United States v. Romero-Ezquivel*, No. 23-50865 (filed March 4); an opening brief in *United States v. Pena*, No. 23-50717 (due March 12); and an opening brief in *United States v. Friedrich*, No. 23-50867 (due March 18). Additionally, I was on vacation from February 16 through February 25. Thus, an extension is necessary and not for purposes of delay.

    Very truly yours,

MAUREEN SCOTT FRANCO
Federal Public Defender

/s/ Carl R. Hennies
CARL R. HENNIES
Assistant Federal Public Defender

CC: VIA CM/ECF
Joseph H. Gay, Jr.
Assistant U.S. Attorney