# United States Court of Appeals for the Fifth Circuit

---

No. 23-50870

---

UNITED STATES OF AMERICA,

United States Court of Appeals
Fifth Circuit

**FILED**

April 15, 2024

Lyle W. Cayce
Clerk

*Plaintiff—Appellee,*

*versus*

MARLON LARON SIMIEN,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-379-1

---

ORDER:

IT IS ORDERED that Appellant's unopposed motion to suspend briefing and stay further proceedings pending our decision in either *United States v. Quiroz*, No. 22-50834, or *United States v. Sanchez-Tena*, No. 22-51078 is GRANTED.

DON R. WILLETT
*United States Circuit Judge*