# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 21, 2025

Ms. Stephanie Frederique Cagniart
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
Room 334
Austin, TX 78701

Ms. Maureen Scott Franco
Federal Public Defender's Office
Western District of Texas
300 Convent Street
San Antonio, TX 78205-1316

Mr. Carl Richard Hennies
Federal Public Defender's Office
Western District of Texas
300 Convent Street
San Antonio, TX 78205-1316

Mr. Zachary Carl Richter
U.S. Attorney's Office
Western District of Texas
903 San Jacinto Boulevard
Suite 334
Austin, TX 78701

    No. 23-50870   USA v. Simien
                           USDC No. 5:22-CR-379-1

Dear Counsel:

Your appeal has been placed in abeyance this date pending 24-10633 USA v Wilson, and 24-60348, Sealed Appellee v Sealed Juvenile.

You have fourteen (14) days to file a letter in response if you believe this stay is inappropriate. All responses will be forwarded to the court for a determination. If developments arise that would impact the stay, you must notify the court. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

In light of the stay in this case, oral argument previously scheduled for December 4, 2025, is canceled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa B. Courseault, Deputy Clerk
504-310-7701